# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11CR12-20 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| DARNELL HAYNES, | ) | |
| | ) | |
| DEFENDANT. | ) | |

The Court conducted a supervised release violation hearing on June 18, 2018. At the hearing, the Court adopted the report and recommendation of the magistrate judge and found the defendant to be in violation of his terms and conditions of his supervised release as to the following violations:

1. Use of Alcohol;
2. Failure to Participate in GED Program.

At the hearing, the probation officer indicated that he would be submitting a supplemental or superseding report to the Court regarding an additional alleged violation. The Court then continued the sentencing hearing, and a supplemental information report was filed on June 21, 2018.

An initial appearance and continued supervised release violation hearing with respect to the violation in the supplemental information report was held on June 26, 2018. Defendant Darnell Haynes was present and represented by Attorney Mark Mariotti. The United States was represented by Assistant United States Attorney Patrick Burke. United

States Probation Officer Robert Capuano was also present at the hearing. The defendant waived his supervised release violation hearing and admitted to the following new violation: Failure to Submit to Drug Testing/Failure to Report to the U.S. Probation Office as Instructed.

The Court found the defendant in violation of his supervised release as to the new violation, and for the reasons stated on the record in open court, proceeded to pronounce sentence as to all violations.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a term of five (5) months, with credit for time served since June 18, 2018.

Upon release from custody, defendant is placed on supervised release for two (2) years, with the same terms and conditions of supervised release as previously ordered.

The defendant is remanded to the custody of the U.S. Marshal.

**IT IS SO ORDERED**.

Dated: June 26, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**