## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-cr-12-20 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| DARNELL HAYNES, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on 5/12/2021. A supplemental report was filed on 8/7/2023. The Court referred this matter to Magistrate Judge James Grimes to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Grimes reported that the parties appeared for a preliminary hearing on 8/7/2023. The hearing involved the following violations:

1. Unauthorized Use of an Illicit Substance; and
2. Unauthorized Use of an Illicit Substance.

A final supervised release violation hearing was conducted on 8/25/2023. Present were the following: Assistant U.S. Attorney Marc Bullard, representing the United States; Attorney Edward Bryan, representing the defendant; the Defendant Darnell Haynes; and United States Probation Officer Diana Samad. The Defendant waived his right to a revocation hearing and admitted to violation numbers 1 and 2 of the violation report.

The Court adopts the report and recommendation and finds the defendant to be in

violation of the terms and conditions of his supervised release as set forth in violation numbers 1 and 2.

IT IS ORDERED that the defendant's term of supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons for a period of 5 months, with credit for time served to date. No term of supervised release to follow. Defendant remanded.

**IT IS SO ORDERED**.

Dated: August 25, 2023

**HONORABLE SARA LIOI
CHIEF JUDGE
UNITED STATES DISTRICT COURT**